IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREEN PLAINS RENEWABLE ENERGY, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV118 |
| v. | ) ) | |
| OCEAN PARK ADVISORS, LLC., and CASCADE KELLY HOLDINGS, LLC, | ) ) ) ) | ORDER AND JUDGMENT |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation for voluntary dismissal (Filing No. 27). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation for voluntary dismissal is approved and adopted. This action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 1st day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court